IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00191-LTB-MEH

KATHLEEN FOLKERS,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2008.**

    The Joint Motion for Protective Order Concerning Confidential Information [filed September 17, 2008; docket #15] is **denied without prejudice**, and the Stipulated Protective Order Concerning Confidential Information is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court required a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.