IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00191-LTB-MEH

KATHLEEN FOLKERS,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2008.**

    Based upon the parties' agreement, the Amended Motion for Protective Order Concerning Confidential Information [filed September 22, 2008; docket #18] is **granted**, and the Stipulated Protective Order is filed contemporaneously with this minute order.